

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00118-CR

| | | |
|---|---|---|
| Ex parte Kemone Duane Rodgers | § | From the 297th District Court of Tarrant |
| | § | County (C-297-W011201-1488359-AP) |
| v. | § | June 7, 2018 |
| | § | Opinion by Justice Pittman |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman